# Aryeh Zaks
18 Mountain Ave.
Monsey NY 10952

February 21, 2018

Honorable Nelson N Roman Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 Quarropas Street
White Plains, NY 10601-4150



RECEIVED
FEB 22 2018
U.S.D.C.
WP

### Re: 18 CV 00542

Dear Honorable Judge Roman,

This letter is to confirm that I have never received the courts Order to Show Cause in the above matter and was totally unaware of the ability to file a response. Upon information and belief the honorable courts order was not sent out leading to this default.

Wherefore I respectfully ask the court to give all the defendants who wish to respond, time to file a proper response to the honorable courts Order to Show Cause as it seems that all the defendant were not made aware of it.

Respectfully,

Aryeh Zaks

**PRESS FIRMLY TO SEAL**

**PRIORITY MAIL EXPRESS**



1007

10601

U.S. POSTAGE
PAID
TALLMAN, NY
10982
FEB 21, 18
AMOUNT
**$24.70**
R2304M115072-01

# PRIORITY ★ MAIL ★ EXPR...

651

**OUR FASTEST SERV...**



**WHEN USED INTERN...**
**A CUSTOMS DECL...**
**LABEL MAY BE RE...**



**EP13F July 2013   OD...**



**PS1000100...**

ORDER FREE SUPPLIES ONLINE

---

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)   **PHONE** (845) 538-7413

Hershy Itzkowitz
47. Remsen Av
Monsey. N.Y. 10952

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)   **PHONE** ( )

United States District Court
300 - Quarropas St.
White Plains, N.Y. 10601
Pro se Clerk

ZIP + 4® (U.S. ADDRESSES ONLY)
1 0 6 0 1

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

---



EE 119678940 US

**UNITED STATES POSTAL SERVICE®** | **PRIORITY ★ MAIL ★ EXPRESS™**

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☒ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code<br>10982 | Scheduled Delivery Date (MM/DD/YY)<br>2/22/18 | Postage<br>$ 24 70 | |
| Date Accepted (MM/DD/YY)<br>2/21/18 | Scheduled Delivery Time<br>☐ 10:30 AM ☐ 3:00 PM<br>☒ 12 NOON | Insurance Fee<br>$ | COD Fee<br>$ |
| Time Accepted<br>☐ AM<br>☐ PM | 10:30 AM Delivery Fee<br>$ | Return Receipt Fee<br>$ | Live Animal Transportation Fee<br>$ |
| Special Handling/Fragile<br>$ | Sunday/Holiday Premium Fee<br>$ | Total Postage & Fees<br>$ 24 70 | |
| Weight<br>lbs  ozs | ☒ Flat Rate | Acceptance Employee Initials<br>AM | |



**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) Time | Employee Signature
FEB 2 2 2018  ☐ AM ☐ PM |
Delivery Attempt (MM/DD/YY) | Employee Signature
 ☐ AM ☐ PM |

**RECEIVED**
FEB 2 2 2018
U.S.D.C.
WP

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9996   **1-ORIGIN POST OFFICE COPY**

**UNITED STATES POSTAL SERVICE®**

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.